IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE S. PEREZ,<br><br>　　　　　　　　　Defendant. | 8:22CR139<br><br>ORDER |

　　　The court, having granted Sealed Motion to Appoint New Counsel (Filing No. 50), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

　　　**IT IS ORDERED** that A. Michael Bianchi, 2712 South 87th Avenue, Omaha, NE 68124, (402) 346-6700, is appointed to represent Jose S. Perez for the balance of these proceedings pursuant to the Criminal Justice Act. Andrew J. Wilson shall forthwith provide A. Michael Bianchi any discovery materials provided to the defendant by the government and any such other materials obtained by Andrew J. Wilson which are material to Jose S. Perez's defense.

　　　**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and A. Michael Bianchi.

　　　DATED this 4th day of May, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge