IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE S. PEREZ,<br><br>                Defendant. | 8:22-CR-139<br><br>**ORDER DISMISSING COUNT V OF THE INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT JOSE S. PEREZ** |

    This matter is before the Court on the United States' Motion to Dismiss. Filing 130. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States "requests leave to dismiss, without prejudice, Count V of the Indictment" as it relates to the Defendant Jose S. Perez. Filing 130 at 1. The Court finds the Motion should be granted. Accordingly,

    IT IS ORDERED: The Government's Motion to Dismiss, Filing 130, is granted. Count V of the Indictment is dismissed without prejudice as it relates to Defendant Jose S. Perez.

    Dated this 13th day of October, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1